**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No.: 9:26-cv-80511-EA**

Kim Heneghan, Mark Talucci and Steve Feldman, as Trustees of the LBM Family Trust dated February 9, 2021, Fresh Pond Investment LLC, Winston Real Estate Holdings LLC, Bailey Investments LLC, LBM DME Holdings LLC, Louse Investment LLC, Louse Property Holdings LLC, and Louse Holdings LLC,

Plaintiffs,

v.

Skatteforvaltningen,

Defendant.

_______________________________________/

**JOINT STIPULATION CONCERNING SKATTEFORVALTNINGEN'S AMENDED ANSWER AND ASSERTION OF COUNTERCLAIMS**

Plaintiffs Kim Heneghan, Mark Talucci and Steve Feldman, as Trustees of the LBM Family Trust dated February 9, 2021, Fresh Pond Investment LLC, Winston Real Estate Holdings LLC, Bailey Investments LLC, LBM DME Holdings LLC, Louse Investment LLC, Louse Property Holdings LLC, and Louse Holdings LLC (collectively, "Plaintiffs") and Defendant Skatteforvaltningen ("SKAT"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. An action styled *Skatteforvaltningen v. Fresh Pond Investment LLC et al.*, 9:26-cv-80647-DMM (S.D. Fla.) (the "Fraudulent Transfer Action") is currently pending before the

Honorable Donald M. Middlebrooks. The Fraudulent Transfer Action involves claims related to those asserted in this action.

2. The parties have discussed the interplay between this action and the Fraudulent Transfer action and, to avoid the need for two simultaneous and related actions, have agreed that SKAT will re-file its claims asserted in the Fraudulent Transfer Action as counterclaims in an amended answer in this action. Plaintiffs consent to SKAT amending its answer in this action. *See* Fed. R. Civ. P. 15(a)(2). Once SKAT amends its answer in this action, it will voluntarily dismiss its claims in the Fraudulent Transfer Action.

3. The parties agree that SKAT will file its amended answer and counterclaims in this action on or before August 27, 2026. The filing of SKAT's amended answer and counterclaims will not affect any deadline set forth in the Court's pre-trial schedule.

4. A proposed Order setting SKAT's deadline to file its amended answer and counterclaims is appended hereto.

Dated: Miami, Florida
August 14, 2026

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ *Vanessa S. Johannes*
**Vanessa S. Johannes**
Florida Bar No. 1028744
200 S. Biscayne Blvd, Suite 2100,
Miami, FL 33131
Telephone: (305) 482-8412
Facsimile: (305) 482-8600
Email: vanessa.johannes@foley.com
atownsend@foley.com

**Andrea Cunha**
Florida Bar No. 42015
200 S. Biscayne Blvd, Suite 2100,
Miami, FL 33131
Telephone: (305) 482-8430
Facsimile: (305) 482-8600
Email: andrea.cunha@foley.com
Anita.gomez@foley.com

*Counsel for Plaintiffs Kim Heneghan, Mark Talucci and Steve Feldman, as Trustees of the LBM Family Trust dated February 9, 2021, Fresh Pond Investment LLC, Winston Real Estate Holdings LLC, Bailey Investments LLC, LBM DME Holdings LLC, Louse Investment LLC, Louse Property Holdings LLC, and Louse Holdings LLC*

HUGHES HUBBARD & REED LLP

By: /s/ *Daniel H. Weiner*
Daniel H. Weiner
Fla. Bar No. 71112
Marc A. Weinstein (admitted *pro hac vice*)
Neil J. Oxford (admitted *pro hac vice*)
J. Scott Sanders II (admitted *pro hac vice*)

201 South Biscayne Boulevard
Miami, Florida 33131-4332
(305)358-1666 (t)
(305)371-8759 (f)
daniel.weiner@hugheshubbard.com
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
scott.sanders@hugheshubbard.com

*Counsel for Defendant Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, I caused to be served a copy of the foregoing to Plaintiffs' counsel via the Court's ECF/CM system.

/s/ Daniel H. Weiner
Daniel H. Weiner