**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No.: 9:26-cv-80511-EA**

Kim Heneghan, Mark Talucci and Steve Feldman, as Trustees of the LBM Family Trust dated February 9, 2021, Fresh Pond Investment LLC, Winston Real Estate Holdings LLC, Bailey Investments LLC, LBM DME Holdings LLC, Louse Investment LLC, Louse Property Holdings LLC, and Louse Holdings LLC,

Plaintiffs,

v.

Skatteforvaltningen,

Defendant.

_____________________________________________/

**ORDER SETTING SKATTEFORVALTNINGEN'S DEADLINE TO FILE ITS AMENDED ANSWER AND COUNTERCLAIMS**

**THIS CAUSE** is before the Court on Plaintiffs' and Skatteforvaltningen's ("SKAT") Joint Stipulation Concerning SKAT's Amended Answer and Assertion of Counterclaims [Doc. 28].

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that SKAT shall file its amended answer and counterclaims on or before August 27, 2026.

DONE AND ORDERED in Chambers in _______, Florida on this ___ day of _____, 2026.

______________________________
Judge Ed Artau